UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN CARRENARD,

                Plaintiff,

– against –

UNITED STATES OF AMERICA.

                Defendant.

**ORDER**

22-cv-4933 (ER)

Ramos, D.J.:

    On June 10, 2022, Carrenard moved to vacate his sentence, specifically requesting that he be credited for his time in home confinement pretrial.  Doc. 1.  The Government was directed to answer by August 15, 2022.  Doc. 3.  The Government failed to answer, and Carrenard moved for default judgment on March 17, 2023.  Doc. 5.  The same day, the Government opposed the underlying motion to vacate Carrenard's sentence.  Doc. 7.  On March 20, 2023, the Court therefore denied the motion for default judgment and directed Carrenard to reply to the Government's opposition by May 13, 2023.  Doc. 8.

    However, to date, Carrenard has not filed his reply.  Carrenard is directed to file his reply by June 15, 2024.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  The Clerk of Court is respectfully directed to mail a copy of this letter to Carrenard (Reg. # 44148-509) at RRM New York, Residential Reentry Office, 201 Varick Street, Room 849, New York, NY 10014.

    It is SO ORDERED.

Dated:    April 15, 2024
             New York, New York

                                                                   Edgardo Ramos, U.S.D.J.